UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIE WELLS,

    Plaintiff,

v.                                        CASE NO. 6:09-cv-02171-MSS-GJK

BUREAU OF COLLECTION RECOVERY,

    Defendant.

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, JAMIE WELLS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                                Respectfully Submitted,

DATED:  February 5, 2010                KROHN & MOSS, LTD.

                                          By: /s/ Matthew Kiverts
                                                Matthew Kiverts
                                                Krohn & Moss, Ltd.
                                                120 W. Madison St. 10th Floor
                                                Chicago, IL 60602
                                                 Ph: (312) 578-9428 ext. 281
                                                Attorneys for Plaintiff