## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMIE WELLS,

    Plaintiff,

v.                                                   Case No.  6:09-CV-2171-ORL-35GJK

BUREAU OF COLLECTION RECOVERY,

    Defendant.
_____/

### ORDER DIRECTING ADMINISTRATIVE CLOSURE

On February 5, 2010, the Plaintiff filed a Notice of Settlement with the Court, informing the Court that the above-captioned case was settled.  (Dkt.6) Therefore, it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) days from the date of this Order.  If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order.

**DONE** and **ORDERED** in Orlando, Florida, this 11th day of February 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

-1-