# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMIE WELLS,

      Plaintiff,

      v.                                     CASE NO. 6:09-cv-02171-MSS-GJK

BUREAU OF COLLECTION RECOVERY,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

JAMIE WELLS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: _/s/ Matthew W. Kiverts_____
      Matthew W. Kiverts
      FBN: 0013143
      KROHN & MOSS, LTD.
      120 W. Madison St., 10th Fl.
      Chicago, Illinois 60602
      T: (312) 578-9428 ext. 203
      F: (866) 802-0021
      mkiverts@consumerlawcenter.com
      *Attorney for Plaintiff*

2