UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIE WELLS,

      Plaintiff,

v.    Case No. 6:09-CV-2171-ORL-35GJK

BUREAU OF COLLECTION RECOVERY,

      Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's' Notice of Voluntary Dismissal with Prejudice (Dkt. 8) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 2nd day of March 2010.

Copies furnished to:
Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE